

### [BICKNELL v. ANDERSON]

John Bicknell plaint: contᵃ John Anderson Defendᵗ according to Attachmᵗ Dat: December 7ᵗʰ 1672: The plaint: in failor of process was Non Suited.

### [HENCHMAN v. ROCK]

Daniell Henchman, plaint: contᵃ Joseph Rock Defendᵗ in an accion of the case for that hee the saide Rock hath not performed Articles of Agreement relating to partnership between them & before the consummation of such Articles proposalls being made for the cessation of the saide partnership, which by the saide Rocke were accepted & the saide Rock promised to return the Estate of the saide Henchman againe, & thereupon tooke possession of all from the saide Henchman & now refuseth to make good the same, to the vallue aboue five hundred pounds, which is to the great dammage of the plaint: with other due dammages according to Attachmᵗ. Dat: Novembʳ 26: 1672. . . . The Jury . . . finde for the plaint. five hundred thirty Eight pounds ten shillings & four pence mony & costs of Court: the Defendᵗ Appealed from this Judgment to the next Court of Assistants & accordingly the saide Joseph Rock as principall in one thousand pounds & James Brading & Tho: Dewer as Sureties in five hundred pounds